**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6493**

———————

ANGELITO SANTOS,

                                       Petitioner - Appellant,

     versus

JOSEPH P. SACCHET, Warden,

                                       Respondent - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-99-3298-PJM)

———————

Submitted: July 27, 2000          Decided: August 4, 2000

———————

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Angelito Santos, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Jason Frederick Trumpbour, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Angelito Santos seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000), and a subsequent order denying his motion for reconsideration.  We have reviewed the record and the district court's opinion and orders and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See <u>Santos v. Sacchet</u>, No. CA-99-3298-PJM (D. Md. Mar. 1 & 30, 2000).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although the district court's first order is marked as filed on February 29, 2000, the district court's record shows that it was entered on the docket sheet on March 1, 2000.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision.  See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).